STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WILLIAM ROYAL, DEFENDANT-PETITIONER.

*Mr. Stanley C. VanNess* and *Mr. Gerald T. Foley, Jr.* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Robert L. Podvey* for the respondent.

October 28, 1969.  Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ROBERT RONALD RELDAN, DEFENDANT-PETITIONER.

*Mr. Stanley C. VanNess* and *Mr. Claude J. Minter* for the petitioner.

*Mr. Guy Wm. Calissi* and *Mr. Richard F. Aronsohn* for the respondent.

October 28, 1969.  Denied.